# Exhibit A



**CT Corporation**
**Service of Process Notification**
03/11/2025
CT Log Number 548603574

## Service of Process Transmittal Summary

**TO:**     Tonya Anderson
         JPMorgan Chase Bank, N.A.
         700 KANSAS LN
         MONROE, LA 71203-4774

**RE:**     **Process Served in Ohio**

**FOR:**    JPMorgan Chase Bank, National Association  (Cross Ref Name)  (Domestic State: N/A)
         JPMorgan Chase Bank, N.A. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SP4RK OF HLT LLC d/b/a PRO BUILD KETO, a Delaware limited liability company vs. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| **CASE #:** | 25CU012121C |
| **PROCESS SERVED ON:** | C T Corporation System, Columbus, OH |
| **DATE/METHOD OF SERVICE:** | By Process Server on 03/11/2025 at 10:17 |
| **JURISDICTION SERVED:** | Ohio |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2025, Expected Purge Date: 04/10/2025 |
| | Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 4400 Easton Commons Way |
| | Suite 125 |
| | Columbus, OH 43219 |
| | 877-564-7529 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                    Tue, Mar 11, 2025
**Server Name:**             Sean Horujko

| Entity Served | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
|---|---|
| Case Number | 25CU012121C |
| Jurisdiction | OH |

| Inserts | | |
|---|---|---|
| | | |



SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td></td><td><b>FOR COURT USE ONLY</b><br><i>(SOLO PARA USO DE LA CORTE)</i></td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, an Ohio business trust; and DOES 1 through 5 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SP4RK OF HLT LLC d/b/a PRO BUILD KETO, a Delaware limited liability company

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

3/7/2025 1:04:05 PM

Clerk of the Superior Court
By C. Martinez          ,Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

  You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es:)* San Diego Superior Court - Hall of Justice

330 West Broadway, San Diego, CA 92101

<table>
<tr><td>CASE NUMBER:<br><i>(Número del Caso:)</i><br><br>25CU012121C</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)*
James C. Huber and Bradley C. Crosley, Global Legal Law Firm; 322 Encinitas Blvd., Ste. 200, Encinitas, CA 92024; (888) 846-8901

DATE:
*(Fecha)* March 10, 2025

Clerk, by
*(Secretario)* C Martinez    , Deputy
             C. Martinez      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

**GLOBAL LEGAL LAW FIRM**
James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
Bradley C. Crosley, Esq. (SBN 253494)
bcrosley@attorneygl.com
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Plaintiff
SP4RK OF HLT LLC d/b/a PRO BUILD KETO

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

3/7/2025 1:04:05 PM

Clerk of the Superior Court
By C. Martinez      ,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO – HALL OF JUSTICE

| | |
|---|---|
| **SP4RK OF HLT LLC d/b/a PRO BUILD KETO**, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, an Ohio business trust; and DOES 1 through 5 inclusive, <br><br> Defendants. | Case No.   25CU012121C <br><br> **(DEMAND FOR A JURY TRIAL)** <br><br> **COMPLAINT FOR:** <br><br> **1. DECLARATORY RELIEF** <br> **2. CONVERSION** <br> **3. REPLEVIN** <br> **4. ACCOUNTING** <br> **5. UNLAWFUL AND UNFAIR BUSINESS PRACTICES (BUSINESS AND PROFESSIONS CODE § 17200)** |

     **COMES NOW** Plaintiff SP4RK OF HLT LLC d/b/a PRO BUILD KETO (hereinafter, "Sp4rk") for causes of action against Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter, "Chase" or "Defendant"), and Does 1 through 5 (hereinafter, collectively with Chase, the "Defendants") and alleges as follows:

### PARTIES

     1.    Sp4rk is a Delaware limited liability company with its principal office located at 1320 York St Apt 8, Denver, 80206.

     2.    Chase is a chartered national banking association and Ohio business trust with its

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

principal office located at 1111 Polaris Parkway Columbus, OH 43240.

3.     The true names and capacities, whether individual, corporate, associate, or otherwise, of those defendants named herein as Does 1 through 5, inclusive (the "Doe Defendants"), are unknown to Sp4rk at this time, who therefore sue the Doe Defendants by such fictitious names. Sp4rk will amend this Complaint to reflect the true names and capacities of these Doe Defendants once this information has been ascertained. Each Doe Defendant is in some manner responsible, liable, and/or obligated to Sp4rk in connection with the occurrences, transactions, and obligations alleged herein.

4.     Each named Defendant and Doe Defendant is, and at all relevant times has been, the undisclosed employee and/or agent of each and every other Defendant and Doe Defendant and was acting within the purpose and scope of that employment and/or agency in performing the acts and omissions alleged herein. Sp4rk is also informed and believes, and on that basis alleges, that each Defendant and Doe Defendant ratified, approved, and adopted as its own the acts of each of the other Defendants and Doe Defendants.

## JURISDICTION AND VENUE

5.     The Court has unlimited civil jurisdiction over this action since the amount in controversy exceeds $35,000, exclusive of interest and costs. Code of Civ. Proc. §§ 86 and 88.

6.     Jurisdiction over Defendants is proper because Defendants have purposefully availed themselves of the laws of the state of California and are doing business in California.

7.     Venue is proper under Code Civ. Proc. §395(a) because Defendants contracted to perform an obligation that was incurred in San Diego County.

## FACTS COMMON TO ALL COUNTS

8.     Sp4rk is a merchant and is engaged in the business of retailing nutritional supplements. Sp4rk has no official "brick and mortar" address, rather, all its sales are made online. Thus, Sp4rk cannot accept cash or checks, and its ability to accept card payments is vital.

9.     To accept card payments, merchants like Sp4rk must first open an account for payment processing services with a payment processer ("Payment Processor") and a member bank ("Acquirer" and with a Payment Processor collectively referred herein to as "Service Providers")

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

that is contracted with the payment card brands such as Visa USA, Inc., Mastercard International, Inc., Discover Financial Services, LLC, American Express, and/or other networks (collectively the "Card Brands"). Such Service Providers have direct agreements with the Card Brands that enable them to process payments made by holders of debit and credit cards issued by the Card Brands to purchase goods and services from merchants that contract directly with such Service Providers for payment processing services.

10.     On or about August 23, 2023, Sp4rk executed a Merchant Application and Agreement (the "Merchant Processing Agreement" or "MPA") wherein the Payment Processor was Merchant eSolutions, Inc. ("MerchantE"), and the Acquirer was Synovus Bank. A true and correct copy of the MPA is hereto as "Exhibit A".

11.     SP4RK OF HLT LLC was the legal name listed for Sp4rk on the MPA, with the DBA listed as Pro Build Keto. MerchantE provided a merchant identification number (941000145755) to Pro Build Keto.

12.     Per the terms of the MPA, after the net funds from Sp4rk's online sales proceeds are acquired by Synovus Bank, Sp4rk is free to transfer those funds for deposit into a bank account of Sp4rk's choosing. Sp4rk directed the funds into its business banking account at Chase, account number XXXXXX878 (hereinafter, the "Chase Bank Account"). The Chase Bank Account was opened with Chase on or around November 28, 2023, and funds from Sp4rk's sales through the DBA Pro Build Keto were directed to the Chase Bank Account.

13.     In or around February of 2024, Chase unilaterally suspended Sp4rk's access to the funds in the Chase Bank Account, which at the time contained $454,815.02 (the "Withheld Funds").

14.     Sp4rk provided Chase numerous documents confirming that it was the owner of the Chase Bank Account and intended beneficiary of those funds. Chase thereafter notified Sp4rk that it would release the Withheld Funds in February of 2024. However, Chase never released the Withheld Funds.

15.     Over the course of the remainder of 2024 and into 2025, Sp4rk continued to inquire of Chase as to why Chase continued to refuse to release the Withheld Funds, contrary to its prior representations. After ignoring those inquiries for the remainder of 2024, Chase finally responded,

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-6901

stating that it would require that Sp4rk provide a current phone number for Pro Build Keto, despite being in receipt of numerous documents sufficient to confirm ownership of the account, including Sp4rk's FINCEN registration documents.

16.    Sp4rk is informed and believes, and based thereon alleges, that on at least three separate occasions, Sp4rk provided a current phone number for Pro Build Keto, but the Withheld Funds were never released. When Sp4rk would follow up, it would learn that the "new" phone number was never accepted by Chase.

17.    Sp4rk ultimately had to retain legal counsel who approached Chase on Sp4rk's behalf and was able to effectuate Chase's receipt (and Chase's confirmation thereof) of the correct phone number.  Chase's response was that it was then required to conduct an "additional review." Chase refused to explain what more it required in addition to the correct phone number that it had already stated would be the only information needed to release the Withheld Funds. Weeks later, Chase informed Sp4rk that it could not accept the phone number for Pro Build Keto but provided no further information as to why the phone number was insufficient or what would be required to release the Withheld Funds. Litigation ensued.

18.    Sp4rk continues to incur additional damages as a direct result of Defendants' wrongful withholding of Sp4rk's funds.

**FIRST CAUSE OF ACTION**

**Declaratory Relief (Against Chase)**

19.    Sp4rk realleges and incorporates by reference each and every preceding allegation as if fully set forth herein.

20.    As set forth in detail above, a dispute has arisen between the parties regarding the release of funds deposited by Synovus into the Chase Bank Account due and payable to Sp4rk under the MPA i.e., the Withheld Funds. Pursuant to that MPA, Sp4rk designated the Chase Bank Account as the deposit account to which the funds derived from the processing of payments for Pro Build Keto products to be deposited.

21.    Sp4rk contends that the MPA is a legal contract and the proceeds from the sale of Pro Build Keto products into the Chase Bank Account resulting therefrom should not be subject to

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

a hold of any kind, especially since Sp4rk has provided ample evidence to Chase of Sp4rk's ownership of the Chase Bank Account and right to the Withheld Funds therein. To date, Chase has failed to state any reason why it will not release the Withheld Funds, and Chase has no independent right for the same.

22.    There is a genuine controversy among the parties based on the foregoing dispute and there is no alternative resolution aside from judicial intervention at this time.

23.    The dispute between the parties is ripe for judicial determination.

24.    Based on the foregoing, Sp4rk seeks a judicial determination establishing its rights to the Withheld Funds, namely, (1) whether Sp4rk had the right to designate the Chase Bank Account as the repository of funds due to it under the MPA, (2) whether Sp4rk has provided Chase with sufficient evidence of Sp4rk's right to Withhold Funds, and (3) whether Chase must now release the Withheld Funds to Sp4rk.

**SECOND CAUSE OF ACTION**

**Conversion (Against All Defendants)**

25.    Sp4rk realleges and incorporates by reference each and every preceding allegation as if fully set forth herein.

26.    As a result of the Defendants wrongfully retaining the Withheld Funds, Defendants have taken money that rightfully belongs to Sp4rk.

27.    The amount of money wrongfully taken by the Defendants is certain and capable of identification.

28.    The Defendants have engaged in this conduct knowingly, willfully, and with oppression, fraud, and/or malice within the meaning of Cal. Civil Code § 3294(c).

29.    As a result of the Defendants' actions, Sp4rk has suffered damages in an amount to be determined through discovery, but no less than $454,815.02.

**THIRD CAUSE OF ACTION**

**Replevin (Against Chase)**

30.    Sp4rk realleges and incorporates by reference each and every preceding allegation as if fully set forth herein.

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

31.    Sp4rk is the owner of approximately $454,815.02 i.e., the Withheld Funds, deposited into the Chase Bank Account.

32.    Chase has unilaterally suspended Sp4rk's access to the Withheld Funds, and, without cause, insisted that Sp4rk provide evidence of its right to ACH payments made to Sp4rk's DBA, Pro Build Keto. Sp4rk has provided that evidence, yet Chase has continued to refuse Sp4rk access to the Chase Bank Account or release the Withheld Funds.

33.    Chase continues to wrongfully detain the Withheld Funds.

34.    The property has not been taken for any tax, assessment, penalty or fine levied by virtue of any law of this State against the property of Sp4rk or its owner, nor seized under any execution or attachment against goods and chattels of Sp4rk liable to execution or attachment, nor held by any writ of replevin against Sp4rk or its owner.

35.    Sp4rk claims the funds of $454,815.02 to the officer under the writ.

36.    To the best knowledge, information, and belief of Sp4rk, the funds can be located at any Chase Bank branch within California.

**FOURTH CAUSE OF ACTION**

**Accounting (Against All Defendants)**

37.    Sp4rk realleges and incorporates by reference each and every preceding allegation as if fully set forth herein.

38.    Throughout their relationship, Sp4rk and Defendants had financial transactions with each other related to card processing services.

39.    The parties' transactions are complex. Detailed statements describing all transactions, charges, and fees are necessary.

40.    Sp4rk is unaware of the total amount held by Defendants. The true balance due Sp4rk can only be ascertained by an accounting.

**FIFTH CAUSE OF ACTION**

**Unlawful and Unfair Business Practices in Violation of Business and Professions Code**

**§ 17200 (Against All Defendants)**

41.    Sp4rk realleges and incorporates by reference each and every preceding allegation

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

as if fully set forth herein.

42.     Defendants are unlawfully retaining the Withheld Funds in violation of California Penal Code § 496.

43.     Defendants are unfairly retaining the Withheld Funds by presumably holding them in an account over which Defendants have sole control and then ignoring all requests for a release of the Withheld Funds by Sp4rk. Such practice offends established public policy because it is immoral, unethical, oppressive, unscrupulous, and substantially injurious to merchants. Further, such practice has an injurious impact on merchants that outweighs any of Defendants' reasons, justifications, and motives for the practice.

44.     Sp4rk is entitled to an injunction awarding restitution to restore the Withheld Funds rightfully belonging to Sp4rk that Defendants acquired by such practices.

45.     Sp4rk is entitled to an award of attorneys' fees on this cause of action.

### PRAYER FOR RELIEF

**WHEREFORE**, Sp4rk respectfully requests judgment against Defendants as follows:

a.     For a judicial declaration establishing the parties' rights and duties to the Chase Bank Account, namely: (1) whether Sp4rk had the right to designate the Chase Bank Account as the repository of funds due to it under the MPA, (2) whether Sp4rk has provided Chase with sufficient evidence of Sp4rk's right to the Withheld Funds, and (3) whether Chase must now release the Withheld Funds to Sp4rk.

b.     For compensatory damages according to proof at the time of trial;

c.     For injunctive relief compelling Defendants to restore the Withheld Funds;

d.     For actual, consequential, compensatory, statutory, and/or punitive damages in amounts to be determined by the Court and/or jury;

e.     For a Writ of Replevin to issue for possession of the Withheld Funds and damages for retention;

f.     For all interest allowed by law;

g.     For reasonable attorneys' fees to the extent provided by law;

h.     For costs of suit to the extent provided by law; and

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

i.    For such other and further relief that the Court considers just and proper.

Respectfully submitted,

Dated:  March 7, 2025                 **GLOBAL LEGAL LAW FIRM**

By:    _____
       James C. Huber
       Bradley C. Crosley
       Attorneys for Plaintiff,
       SP4RK OF HLT LLC d/b/a PRO BUILD
       KETO

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD, SUITE 200
ENCINITAS, CA 92024
(888) 846-6901

# EXHIBIT A

# Merchant Application

**Application Type**
☑ Single Outlet  ☐ Chain / Multi-Location  ☐ Additional Location Primary MID

## 1. Business Information

**Legal Name**
SP4RK OF HLT LLC

**Legal Street Address (no PO Box)**
418 Broadway Ste 4878

**Federal Tax ID**
93-2824043

**State of Formation / Incorporation**
Delaware

**Merchant DBA Name (also shows as descriptor name)**
Pro Build Keto

**Legal City, State, Zip**
Albany NY 12207

**Merchant DBA Street Address (if different from above, no PO Box)**
1825 Ridge Creek DR

**Mailing Address (if different from Legal or Merchant DBA Address)**
418 Broadway Ste 4878, Albany NY 12207

**Merchant DBA City, State, Zip (if different from Legal City, State, Zip)**
Kernersville NC 27284

**Business / Customer Service Phone**
(877) 618-9956

**Website Address**
probuildketo.com

**Date Established (DD/MM/YYYY)**
08/09/2023

**MCC**
5047

**Contact Name**
Victoria Sparks

**Contact Title**
Owner

**Legal Entity Type**
Limited Liability Company

**Industry**
e-Commerce
If Other, specify Industry:

**Contact Phone**
336-455-4438

**Email Address**
sp4rkofhlt@gmail.com

**Business Location**
e-Commerce
If Other, specify Business Location:

**Detailed Business Description:** Include what is being sold and to whom, delivery methods and card charging policies, types of advertising (enclose samples). If processing via mail, phone or Internet, supply copy of print advertising, catalogs, brochures and telemarketing scripts. Provide separate pages if needed.

E-Commerce with medical devices and keto supplements.

## 2. Merchant History

**Ever accepted credit cards before?** ☐ Yes ☒ No

If yes, please provide 3 months previous processor statements.

**If Yes, name of Processor:**

**Ever had a merchant account canceled?** ☐ Yes ☒ No

**Date of cancellation (MMYY):**

**If Yes, name of Processor:**

**Reason for cancellation:**

## 3. Merchant Checking Account

**Bank Name**
TRUIST

**Bank Address, City, State, Zip**
606 College RD, Greensboro NC 27410

**Checking Account #:**
_____6187

**Transit Routing # (9 digits)**
053101121

**Years Open**
0

*** Please Include Copy of Voided Check ***

† **AUTHORIZATION FOR AUTOMATIC FUNDS TRANSFER (ACH):** Merchant Bank is authorized to initiate or transmit automatic debit and/or credit entries and/or check entries to the account identified above and in the provided voided check relating to the above account for all Services contemplated under this Agreement. Said authority is granted to Merchant Bank, Processor and their agents.

# Merchant Application (cont.)

## 4. Merchant Ownership and Management Information (Processor's Privacy Policy can be found at www.merchants-commerce-online.com)

A. The following information must be provided for Sole Proprietors or each individual, if any, who directly or indirectly owns twenty-five percent (25%) or more of the equity interests of the Legal Entity listed in Section 1. For purposes of this Section, Legal Entity includes a corporation, limited liability company or other entity that is formed by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States. If no individuals meet this definition, please check "Beneficial Owner Not Applicable" below and proceed to Section 4.B

☐ Beneficial Owner Not Applicable

| Sole Proprietor or Beneficial Owner #1 Legal Name<br>Victoria Sparks | | | |
|---|---|---|---|
| Individual Street Address (No P.O. Box)<br>1825 Ridge Creek DR | % of Legal Entity Ownership<br>100% | | |
| Individual has a SSN or ITIN issued by the U.S. Government<br>☒ Yes    ☐ No | City, State, Zip<br>Kernersville NC 27284 | | Date of Birth<br>01/28/1999 |
| Control Prong? (See Control Prong definition in 4.B below)<br>☒ Yes    ☐ No | Social Security Number (SSN)/Individual Taxpayer Identification Number (ITIN)<br>▉2511 | | |
| | Title<br>Owner | | |

| Beneficial Owner #2 Legal Name | | | |
|---|---|---|---|
| Individual Street Address (No P.O. Box) | % of Legal Entity Ownership | | |
| Individual has a SSN or ITIN issued by the U.S. Government<br>☐ Yes    ☐ No | City, State, Zip | | Date of Birth |
| Control Prong?<br>☐ Yes    ☐ No | Social Security Number (SSN)/Individual Taxpayer Identification Number (ITIN) | | |
| | Title | | |

| Beneficial Owner #3 Legal Name | | | |
|---|---|---|---|
| Individual Street Address (No P.O. Box) | % of Legal Entity Ownership | | |
| Individual has a SSN or ITIN issued by the U.S. Government<br>☐ Yes    ☐ No | City, State, Zip | | Date of Birth |
| Control Prong?<br>☐ Yes    ☐ No | Social Security Number (SSN)/Individual Taxpayer Identification Number (ITIN) | | |
| | Title | | |

| Beneficial Owner #4 Legal Name | | | |
|---|---|---|---|
| Individual Street Address (No P.O. Box) | % of Legal Entity Ownership | | |
| Individual has a SSN or ITIN issued by the U.S. Government<br>☐ Yes    ☐ No | City, State, Zip | | Date of Birth |
| Control Prong?<br>☐ Yes    ☐ No | Social Security Number (SSN)/Individual Taxpayer Identification Number (ITIN) | | |
| | Title | | |

B. The following information must be provided for one individual with significant responsibility for managing the Legal Entity listed in Section 1, a "Control Prong." Examples of a Control Prong include, but are not limited to: Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President or Treasurer. If a Control Prong has already provided their information in Section 4.A above, then there is no need to complete this Section 4.B.

| Individual Legal Name<br>Victoria Sparks | Title<br>Owner | | |
|---|---|---|---|
| Individual Street Address (No P.O. Box)<br>1825 Ridge Creek DR | City, State, Zip<br>Kernersville NC 27284 | | Date of Birth<br>01/28/1999 |
| Individual has a SSN or ITIN issued by the U.S. Government<br>☒ Yes    ☐ No | Social Security Number (SSN)/Individual Taxpayer Identification Number (ITIN)<br>▉2511 | | |

# Merchant Application (cont.)

## 5. Payment Options

- ☒ Visa/Mastercard    (Visa/MC only)
- ☐ Discover, Diners, JCB, CUP² (MeS Settlement)
- ☐ American Express³ (OptBlue)          ☐ Discover Settlement² / Existing Merchant #:
- ☐ Debit with Pin²                     ☐ AmEx Settlement² / Existing SE #:

## 6. Transaction Information

**A. Credit/Debit Transaction Profile and Velocity Information**

| Yearly Card Volume 12,000,000 | High Monthly Processing Volume 1,000,000 | | Average Ticket $49.99 | High Ticket $200.00 |
|---|---|---|---|---|
| Yearly Visa/MC/Discover Volume 12,000,000 | | | | |

Seasonal Months of Operation
☒ Jan ☒ Feb ☒ Mar ☒ Apr ☒ May ☒ Jun ☒ Jul ☒ Aug ☒ Sep ☒ Oct ☒ Nov ☒ Dec

Yearly American Express Volume
0

| Card Acceptance Method (must add up to 100%) | Refund Policy | Customer Type (must add up to 100%) |
|---|---|---|
| % Mail Order/Telephone Order (CNP): | ☐ No Refunds or Exchanges | %B2B Sales:          % B2C Sales: 100% |
| % Internet (CNP): 100% | ☐ Exchanges Only | Days to Ship/Deliver |
| % Swiped (CP): | ☒ Refunds in 30 days or less | ☐ Immediate |
| % Manually Keyed/Mobile (CP): | ☐ Refund-Credit | ☒ 1 to 7 |
| | ☐ Refund Merchandise | ☐ 8 to 14 |
| Advanced Payments?  ☒ Yes    ☐ No | | ☐ 15 to 30 |
| | | ☐ Over 30 |

% of Processing Volume that is for Advanced Payments? 100%

## 7. Product Selection²

| ☐ Other Platform | Gateway:  NMI | |
|---|---|---|
| ☐ POS Terminal | Authorization Host: | ☐ ME Platform    ☒ TSYS Platform |
| ☐ ME Virtual Terminal | ☐ ME VT Limited    ☐ Level 3    ☐ MultiMerchant | |
| ☐ Hosted Payments | | |
| ☐ MerchantE Invoice | | |
| ☐ WebCommerce⁴ | ☐ WebCommerce Unlimited⁴    Website URL: | |
| ☐ Payment Platform | URL Address: | |
| | Certified Solution: | |
| ☐ Pre-Imbursements⁵ | Admin Email: | |
| ☐ EmployeePlus Payouts⁵ | Admin Email: | Admin Phone Number: |
| ☐ Interchange Optimization | | Admin Phone Number: |

**Enter the Admin Email address(es) for product setup information to be sent to:**

| Admin Email: | sp4rkofhlt@gmail.com |
|---|---|
| Admin Email #2: | |

# Merchant Application (cont.)

## 8. POS Terminal Features

Terminal Application: ☐ Retail ☐ Restaurant ☐ Lodging ☐ Cash Advance    Communication Type: ☐ Dial ☐ IP ☐ Wireless

☐ Access Code # to dial out:

☐ Receipt Header Line 4:    ☐ Auto Batch Close    HR    Min:

☐ Receipt Footer:    ☐ Receipt Header Line 5:

☐ Clerk/Server Prompt On    ☐ Invoice Prompt On    ☐ AVS On    ☐ Tip Option On    ☐ Partial Authorization

Equipment Shipping Address: ☐ Legal Address ☐ Merchant DBA Address ☐ Other    Phone training for merchant? ☐ Yes ☐ No

Other Shipping Address (No P.O. Box):

## 9. Fee Schedule

By signing the Application, Merchant understands the rates and fees stated below to correspond to the volume and average ticket indicated in Section 5 of the Application. If Merchant's actual activity varies from that stated in Section 5, Merchant is subject to a change in rates and fees.

**Select One Pricing Option**

Visa, Mastercard and Discover[2]

| | Rate | Per Item |
|---|---|---|
| ☐ Diff. Plus[6] ____ % | | |
| Credit Qualified | ____ % | $____ |
| Debit Qualified | ____ % | $____ |
| ☐ Tiered[7] | | |
| Credit Qualified | ____ % | $____ |
| Debit Qualified | ____ % | $____ |
| Mid Qual | ____ % | $____ |
| Non Qual | ____ % | $____ |
| ☐ Pass Through[4] | ____ % | $____ |
| ☑ Flat Rate[6] | 5.95 % | $ 0.25 |

Authorization Fee  $ 0.10   BET ____

Other Authorization Fees[2]   AVS  $____

### American Express[2]

☑ Bundled Rate[7]    Rate: ____ %    Per Item: $____

☐ Pass Through[6]    Rate: ____ %    Per Item: $____

Authorization Fee    $____

### Pin Debit[2]

☐ Pass Through[5]    Rate: ____ %    Per Item: $____

Authorization Fee    $ 0.10

### Gross Settlement Fee[2]

Rate: ____ %    Per Item: $____

☐ Surcharge

Credit Rate: 3.50%    Debit Rate 2.75 %

Customer Fee[3]: ____ %

$____

### Per Occurrence Fees[2]

| | | | | |
|---|---|---|---|---|
| Minimum Discount | $____ | Chargeback | $ 25.00 | Return NSF | $____ |
| Batch | $____ | Annual Admin | $____ | | $____ |

### One Time Fees[2]

Account Application  $____    Wireless Setup  $____    $____    $____

### Monthly Fees[2]

| | | | |
|---|---|---|---|
| PCI Admin | $ 19.95 | Hosted Payments | $____ | WebCommerce | $____ |
| PCI Non-Compliance | $ 49.95 | ME Invoice | $____ | | $____ |
| Wireless | $____ | EmployeePlus Payouts | $____ | | $____ |
| Solution Platform | $____ | Pre-Imbursements | $____ | | $____ |

### Equipment Fees[2]

| Type of Equipment | Make and Model | Rent, Buy, Own | Per Item ($) | Quantity | Total ($) | # Months | $ Per Month |
|---|---|---|---|---|---|---|---|
| Terminal | | Own | | | | | |
| Terminal | | Own | | | | | |

# Merchant Application (cont.)

## 10. Third-Party Disclosure

Names of third parties who provide services to, or are otherwise associated with, Merchant and who have access to Transaction data or Cardholder information. Failure to disclose this information can result in account cancellation

| Name | | Name |
| --- | --- | --- |
| Name | | Name |

## 11. Terms and Conditions

VS — By initialing, you are indicating that you have read and agree to the MerchantE Merchant Agreement included with this Application or (if delivered electronically) available at: www.merchante.com/hubsfs/T&C/synovus.pdf

VS — By initialing, you are indicating that you have read and agree to the WebCommerce product terms and conditions included with this Application or (if delivered electronically) available at:

www.merchante.com/terms-and-conditions/webcommerce

## 12. Merchant and Guarantor Signatures[1]

**Agreement Signature:** "Authorized Signer" means a person listed in Section 4 of this Application, under either the Beneficial Owner or Control Prong sub-section, and is signing below on behalf of the Merchant. Each Authorized Signer certifies that he/she is authorized to open accounts for Merchant at financial institutions, that all information set forth in this completed Application is true and correct, and that Merchant has received a copy of the Merchant Agreement, which is part of this Application, and by this reference incorporated herein. Without limiting the generality of the foregoing, each Authorized Signer by his/her signature below hereby certifies, to the best of his/her knowledge, that all the information provided in Section 4 of this Application (and in the accompanying "Patriot Act Notification" form) on all individuals listed therein is complete and correct. By signing below, each Authorized Signer and Guarantor authorizes Merchant Bank or Processor, their affiliates, third party subcontractors or any credit bureau or credit reporting agency employed by Merchant Bank or Processor, to make whatever inquiries the Merchant Bank or Processor deems appropriate to investigate, verify or research references, statements or data obtained from Merchant for the purpose of processing Merchant's account application or for any other purpose permitted by law, including requesting reports from consumer reporting agencies on persons signing below as an Authorized Signer or as a Guarantor (if such person asks Merchant Bank or Processor whether or not a consumer report was requested, Merchant Bank or Processor will tell such person, and if Merchant Bank or Processor received a report, Merchant Bank or Processor will give such person the name and address of the agency that furnished it). If the Application is approved, each Authorized Signer and each Guarantor also authorizes Merchant Bank or Processor, their affiliates, third party subcontractors, or any credit bureau or any credit reporting agency employed by Merchant Bank or Processor to obtain subsequent consumer reports and for any other purpose permitted by law. Each Authorized Signer and each Guarantor authorizes Merchant Bank or Processor to give information to others including other creditors and credit reporting agencies concerning the Merchant Bank or Processor's experience with Merchant as permitted by law, including any information received from all references, banks and credit reporting agencies. Each Authorized Signer and each Guarantor authorizes Processor to share information provided in this Application to third parties to establish a service or product selected herein provided by a third party.

Unless otherwise notified by Processor, if Discover network Card acceptance is selected above, Merchant understands the terms and conditions of the Merchant Agreement will apply to Discover network Card Transactions. If Discover network Card acceptance is selected above, Merchant understands that the terms and conditions for Discover Card Acceptance ("Discover Card Terms and Conditions") will be sent to Merchant by Discover Financial Services LLC ("Discover") upon approval by Discover for Merchant to accept the Discover Card. In such instances, by accepting the Discover Card for the purchase of goods and/or services, Merchant agrees to be bound by the Discover Card Terms and Conditions. Whenever the terms of the Merchant Agreement apply to Discover network Transactions as described above, Merchant's existing Discover network merchant account, if any, will terminate.

☑ By checking this box, Merchant opts out of receiving future commercial marketing communications from Processor and American Express. Please note that you may continue to receive marketing communications while Processor or American Express, as applicable, updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from Processor, American Express or Merchant Bank.

**BY SIGNING BELOW, MERCHANT (AND EACH AUTHORIZED SIGNER AND EACH GUARANTOR) ACKNOWLEDGE(S) AND AGREE(S) (i) TO THE APPLICATION AND MERCHANT AGREEMENT; (ii) TO ACCEPT ELECTRONIC NOTIFICATION OF ANY CHANGES TO THOSE TERMS AND CONDITIONS; AND (iii) THAT MERCHANT DOES NOT AND WILL NOT PROVIDE, OFFER OR FACILITATE GAMBLING SERVICES, INCLUDING OFFERING OR FACILITATING INTERNET GAMBLING SERVICES, OR ESTABLISHING QUASI-CASH, CREDITS OR MONETARY VALUE OF ANY TYPE THAT MAY BE USED TO CONDUCT GAMBLING. THE APPLICATION AND MERCHANT AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED AND THIS AGREEMENT HAS BEEN ACCEPTED BY MERCHANT BANK AND PROCESSOR.**

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each individual or business who opens an account. What this means for you: when you open an account, we will ask for your name, address, date of birth, and other information that will allows us to identify you. We will also ask to see your driver's license and/or other identifying documents.

By signing below, the undersigned Guarantor(s), individually and severally, guarantee the full and faithful performance and payment by the Merchant (identified above in this Application, which Application is incorporated by reference into this Guaranty) of each and all of Merchant's duties and obligations to Merchant Bank and Processor, as further provided in Section 23 of the Merchant Agreement.

Synovus

SO MerchantE 05192022
Merchant Application

# Merchant Application (cont.)

## 13. Merchant and Guarantor Signatures (cont.)

| | | | | | |
|---|---|---|---|---|---|
| 1) | Authorized Signer | *[signature]* | Print Name | | Date |
| 2) | Authorized Signer | | Print Name | Victoria Sparks | Date 8/23/2023 |
| 3) | Authorized Signer | | Print Name | | Date |
| 4) | Authorized Signer | | Print Name | | Date |
| | | | Print Name | | Date |
| 1) | Guarantor Signature | *[signature]* | Print Name | Victoria Sparks | Date 8/23/2023 |

¹ The Agreement shall take effect in accordance with the language in Section 14.1 of the Merchant Agreement.
² Merchant Bank does not provide such services and has no responsibility or liability therefor.
³ Pay-by-Phone: Transaction authorization and capture by telephone.
⁴ Your use of the WebCommerce product may be subject to your consent to additional terms and conditions, which will be made available to you in connection with your use of this particular product.
⁵ Third party product requires execution of the terms and conditions directly with Payouts Network Inc. Processor handles billing for monthly fees. Additional transaction fees may apply directly from Payouts Network Inc.
⁶ Additional fees apply, including, as applicable, Interchange, Wholesale, Assessments, Association, Sponsorship, Network, Administrative, Access, Submission, Data Integrity, Data Violation, Cross Board, Excessive Chargeback, Non-Compliance Fees, Non-Swipe Additional Charge, PIN Debit, Switch and Gateway Fees.
⁷ Additional fees apply, including, as applicable, Assessments, Association, Sponsorship, Network, Administrative, Access, Submission, Data Integrity, Data Violation, Cross Board, Excessive Chargeback, Non-Compliance Fees, Non-Swipe Additional Charge, PIN Debit, Switch and Gateway Fees.
⁸ Customer Rate not to exceed 3.5%.

# Visa and MasterCard Disclosures

## Processor Information

| | |
|---|---|
| Processor Name: | Merchant eSolutions, Inc. |
| Processor Address: | 1150 Sanctuary Parkway, Suite 300, Alpharetta, GA 30009 |
| Customer Service Phone: | 888-288-2692 |
| Customer Service Email: | help@merchante.com |
| Application Inquiry: | 888-288-2692 |
| Sales | 866-663-6132 |

## Merchant Bank (Acquirer) Information

| | |
|---|---|
| Bank (Acquirer) Name: | Synovus Bank |
| Bank (Acquirer) Address: | P.O. Box 23019, Columbus, GA 31902-3019 |
| Phone: | (706)649-4900 |

### Important Bank (Acquirer) Responsibilities

- The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
- The Bank must be a principal party to the Merchant Agreement.
- The Bank is responsible for educating merchants on pertinent Visa and MasterCard Rules with which Merchants must comply; but this information may be provided to you by Processor.
- The Bank is responsible for and must provide Visa and MasterCard settlement funds to the Merchant.
- The Bank is responsible for all Visa and MasterCard funds held in reserve.

### Important Merchant Responsibilities

- Ensure compliance with cardholder data security and storage requirements.
- Maintain fraud and chargebacks below Card Network thresholds.
- Review and understand the terms of the Merchant Agreement.
- Comply with Card Network rules.
- Retain a signed copy of this Disclosure Page.

### Merchant Resources

- You may download "Visa Regulations" from Visa's website at:
  https://usa.visa.com/support/small-business/regulations-fees.html

- You may download "MasterCard Rules" from MasterCard's website at:
  https://www.mastercard.us/en-us/about-mastercard/what-we-do/rules.html

## Merchant Information

The responsibilities above do not replace the terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Bank is the ultimate authority should the Merchant experience any problems.

Merchant Legal Name (printed): SP4RK OF HLT LLC

Merchant Address: 418 Broadway Ste 4878, Albany NY 12207

Merchant Phone Number: (877) 618-9956

Merchant Authorized Signature: Victoria Sparks

Name of Merchant Authorized Signer: Victoria Sparks

Title: Owner

Date: 8/23/2023

# Patriot Act Notification

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each individual or business who opens an account. What this means for you: when you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will also ask to see your driver's license and/or other identifying documents. Please complete all sections.

MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED

| | Identification Number | Date of Issuance | Place of Issuance | Expiration Date |
|---|---|---|---|---|
| ☐ Government Issued Business License | | | | |
| ☐ Tax Return | I.R.S Employer Identification Number | Type of Taxes Filed | Place of Issuance | Date Filed |
| ☐ Corporate Resolution | Place of Issuance | | Date Filed | |
| ☒ Articles of Incorporation | Place of Issuance<br>Delaware | | Articles of Incorporation File Date<br>08/09/2023 | |
| ☐ Partnership Agreement | Name(s) of Who Executed Partnership Agreement | | Place of Issuance | Date of Agreement |
| ☐ Merchant Financial Statements | Type<br>☐ Balance Sheet    ☐ Income Statement    ☐ Statement of Cash Flows | | Place of Issuance | Date |

**PERSONAL IDENTIFICATION MUST BE PROVIDED FOR EACH INDIVIDUAL LISTED IN SECTION 4 OF THE MERCHANT APPLICATION.** MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED. THE PERSONAL IDENTIFICATION FOR U.S. PERSONS SHOULD BE A DRIVER'S LICENSE UNLESS THERE IS NONE, AND FOR FOREIGN PERSONS SHOULD BE RESIDENT ALIEN ID OR PASSPORT OR MEXICAN CONSULATE ID.

Sole Proprietor or Beneficial Owner #1 Legal Name        Victoria Sparks

☒ Driver's License    ☐ Passport    ☐ Mexican Consulate ID    ☐ Military ID    ☐ Resident Alien ID

| Number on ID<br>▮▮▮8478 | Place of Issuance<br>North Carolina | Date of Expiration<br>01/28/2028 | Date of Issuance<br>07/26/2023 |
|---|---|---|---|

Sole Proprietor or Beneficial Owner #2 Legal Name

☐ Driver's License    ☐ Passport    ☐ Mexican Consulate ID    ☐ Military ID    ☐ Resident Alien ID

| Number on ID | Place of Issuance | Date of Expiration | Date of Issuance |
|---|---|---|---|

Sole Proprietor or Beneficial Owner #3 Legal Name

☐ Driver's License    ☐ Passport    ☐ Mexican Consulate ID    ☐ Military ID    ☐ Resident Alien ID

| Number on ID | Place of Issuance | Date of Expiration | Date of Issuance |
|---|---|---|---|

Sole Proprietor or Beneficial Owner #4 Legal Name

☐ Driver's License    ☐ Passport    ☐ Mexican Consulate ID    ☐ Military ID    ☐ Resident Alien ID

| Number on ID | Place of Issuance | Date of Expiration | Date of Issuance |
|---|---|---|---|

Control Prong

☐ Driver's License    ☐ Passport    ☐ Mexican Consulate ID    ☐ Military ID    ☐ Resident Alien ID

| Number on ID | Place of Issuance | Date of Expiration | Date of Issuance |
|---|---|---|---|

Merchant Legal Name and DBA Name (if applicable)
SP4RK OF HLT LLC - Pro Build Keto

| Merchant Authorized Signer Signature**<br>*Victoria Sparks* | Name and Title of Authorized Signer for Merchant<br>Victoria Sparks, Owner | Date<br>8/23/2023 |
|---|---|---|
| Processor or Referral Source Representative Signature** | Name of Processor or Referral Source Rep | Date |

**BY SIGNING ABOVE, YOU HEREBY CERTIFY AND AGREE THAT THE INFORMATION LISTED HEREIN IS COMPLETE AND CORRECT AND WAS PERSONALLY OBSERVED ON THE INDICATED DOCUMENTS

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| James C. Huber (SBN 269488) \| Bradley C. Crosley (SBN 253494)<br>Global Legal Law Firm, 322 Encinitas Boulevard, Ste. 200, Encinitas, CA 92024<br><br>TELEPHONE NO.: (888) 846-8901    FAX NO.: (888) 846-8902<br>EMAIL ADDRESS: jhuber@attorneygl.com \| bcrosley@attorneygl.com<br>ATTORNEY FOR *(Name):* Plaintiff Sp4rk of HLT LLC d/b/a Pro Build Keto | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>3/7/2025 1:04:05 PM<br><br>Clerk of the Superior Court<br>By C. Martinez         ,Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO**
 STREET ADDRESS: 330 West Broadway
 MAILING ADDRESS: 330 West Broadway
 CITY AND ZIP CODE: San Diego, CA 92101
 BRANCH NAME: Hall of Justice

CASE NAME:
 Sp4rk of HLT LLC d/b/a Pro Build Keto v. JPMorgan Chase Bank, National Association, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] **Unlimited** [ ] **Limited**<br>(Amount     (Amount<br>demanded    demanded is<br>exceeds $35,000)   $35,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 25CU012121C<br><br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [x] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [x] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel      e. [ ] Coordination with related actions pending in one or more
        issues that will be time-consuming to resolve        courts in other counties, states, or countries, or in a federal
   c. [ ] Substantial amount of documentary evidence        court
                                      f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify):* 6; Breach of contract, Conversion, Accounting, Unjust Enrich., Violation of Penal Code 496, and
                                                Unlawful/Unfair Business Practices
5. This case [ ] is  [x] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: March 7, 2025
Bradley C. Crosley
_____                    ►                    _____
      (TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to
  the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
                                                                                    Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 W. Broadway |
| MAILING ADDRESS: | 330 W. Broadway |
| CITY AND ZIP CODE: | San Diego, 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: 619-450-7070 | |

PLAINTIFF(S) / PETITIONER(S):  Sp4rk of HLT LLC

DEFENDANT(S) / RESPONDENT(S):  JPMorgan Chase Bank National Association

SP4RK OF HLT LLC DBA PRO BUILD KETO VS JPMORGAN CHASE BANK NATIONAL ASSOCIATION

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 25CU012121C |
|---|---|

**CASE ASSIGNED FOR ALL PURPOSES TO:**

Judge: CAROLYN M. CAIETTI                                         Department: C-70

**COMPLAINT/PETITION FILED:** 03/07/2025

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT |
|---|---|---|---|
| Case Management Conference | 08/08/2025 | 9:45 AM | C-70 |

---

**Case Management Conferences (CMCs) may be conducted virtually or in person.**  Anyone wishing to appear remotely should visit the "Appearing for Hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC.  (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:**.  The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
  • **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint.  An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint.  A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed.  If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
  • **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
  • **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6).  If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date.  See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged.  The court encourages and expects the parties to consider using ADR options prior to the CMC.  The use of ADR will be discussed at the CMC.  Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

---

# NOTICE OF E-FILING REQUIREMENTS
# AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases. Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing. E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court. All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program." This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain. The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150.  Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed. Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 25CU012121C

CASE TITLE: Sp4rk of HLT LLC dba Pro Build Keto vs JPMorgan Chase Bank National Association

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_
        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

|  |  |
|---|---|
| **Potential Advantages** | **Potential Disadvantages** |
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

## Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference**: A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection</u>: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR</u>: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | | FOR COURT USE ONLY |
|---|---|---|

STREET ADDRESS:    330 W. Broadway

MAILING ADDRESS:    330 W. Broadway

CITY AND ZIP CODE:    San Diego, 92101

BRANCH NAME:    Central

PLAINTIFF(S):  Sp4rk of HLT LLC

DEFENDANT(S):  JPMorgan Chase Bank National Association

SHORT TITLE: SP4RK OF HLT LLC DBA PRO BUILD KETO VS JPMORGAN CHASE BANK NATIONAL ASSOCIATION

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>25CU012121C |
|---|---|

Judge:  CAROLYN M. CAIETTI                                    Department:  C-70

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process.  Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                    ☐ Non-binding private arbitration

☐ Mediation (private)                                   ☐ Binding private arbitration

☐ Voluntary settlement conference (private)    ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                      ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (*specify e.g., private mini-trial, private judge, etc.*): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                                    Date: _____

_____                                            _____
Name of Plaintiff                                                       Name of Defendant

_____                                            _____
Signature                                                                 Signature

_____                                            _____
Name of Plaintiff's Attorney                                         Name of Defendant's Attorney

_____                                            _____
Signature                                                                 Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385.  Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 03/10/2025                                            _____
                                                                       JUDGE OF THE SUPERIOR COURT